Michael J. Hanson
Call, Hanson and Kell, P.C.
413 G Street
Anchorage, AK 99501-2126

Phone: (907) 258-8864
Fax: (907) 258-8865
E-Mail: mjh@chklaw.net

Attorneys for
Defendant GEICO Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY L. PETRICK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEICO INDEMNITY COMPANY,<br><br>　　　　Defendant. | Case No.: |

## NOTICE OF REMOVAL

Defendant/removing party GEICO Indemnity Company, through counsel, Call, Hanson and Kell, P.C., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446-48, hereby files its Notice of Removal of the above-entitled action.

　　1.　On or about December 18, 2012, plaintiff commenced the above-entitled action against Defendant GEICO Indemnity Company in the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks, Case Number 4FA-12-2891Civil. Defendant was never served with the Summons through the Commissioner of the Department of

Commerce and Economic Development, Division of Insurance as required by Alaska law. Instead, defendant received notice of the lawsuit when plaintiff's counsel made an inquiry about defendant's intent to answer the complaint. It was discovered that plaintiff improperly served the CT Corporation System instead of the Division of Insurance.

2. Pursuant to 28 U.S.C. § 1441(a), a defendant may remove to Federal District Court "any civil action brought in State Court of which District Courts of the United States have original jurisdiction . . .."

3. Pursuant to 28 U.S.C. § 1332(a)(1), Federal District Courts "have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

4. A corporation is deemed to be a citizen of the state where it is incorporated or where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Defendant GEICO Indemnity Company is incorporated in the State of Maryland and its principal place of business is in the State of Maryland.

5. Plaintiff Gary L. Petrick, is a citizen of the State of Alaska residing in the Fourth Judicial District.

6. The amount in controversy in the above-entitled action, exclusive of costs and interest, exceeds $75,000.00, as plaintiff's Complaint was filed in the Superior Court of Alaska with jurisdiction over cases where

the amount in controversy exceeds $100,000.00 and plaintiff requests a judgment in excess of $100,000.00.

7. Because there is complete diversity between plaintiff and defendant and the amount in controversy exceeds $75,000, original jurisdiction exists in this court. Therefore, removal is proper.

8. Electronic copies of relevant process, pleadings and orders in the State Court are filed herewith pursuant to 28 U.S.C. 1446(a) and Local Rule 5.3.

WHEREFORE, defendant/removing party respectfully requests that this action be removed from the Superior Court for the State of Alaska to the United States District Court for the District of Alaska.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant GEICO
Indemnity Company

Dated: March 14, 2013   By:   s/Michael J. Hanson
Michael J. Hanson
413 G Street
Anchorage, AK 99501-2126
Phone: (907) 258-8864
Fax: (907) 258-8865
E-mail: mjh@chklaw.net
ABA No.: 8611115

**CERTIFICATE OF SERVICE**
I certify that on this 14th day of March, 2013, a true and correct copy of the foregoing document, and attachments if any, were served by mail on the following counsel of record:

Kenneth P. Ringstad, Jr.
Paskvan & Ringstad
714 4th Avenue, Suite 301
Fairbanks, AK 99701

s/Michael J. Hanson

**CALL, HANSON & KELL, P.C.**
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE OF REMOVAL
*Petrick v. GEICO*, Case No. _____
Page 4 of 4