IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

GARY L. PETRICK,

    Plaintiff,

v.

GEICO INDEMNITY COMPANY,

    Defendant.

Case No.: 4FA-12-2891 CIV

## ENTRY OF APPEARANCE

COMES NOW CALL, HANSON & KELL, P.C., and enters its appearance as attorneys of record on behalf of defendant, **GEICO INDEMNITY COMPANY**, and service may be had on such defendant by delivering mailings or pleadings to said attorneys at 413 G Street, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 14th day of March, 2013.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant GEICO
Indemnity Company

By: _____
Michael J. Hanson
ABA No.: 8611115

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was
☐ faxed ☐ hand delivered and/or
☒ mailed this 14th day of March, 2013 to:

Kenneth P. Ringstad, Jr.
Paskvan & Ringstad
714 4th Avenue, Suite 301
Fairbanks, AK 99701

ENTRY OF APPEARANCE
*Petrick v. GEICO*, 4FA-12-2891 CIV
Page 1 of 1

Exhibit A, Page 1 of 1