Michael J. Hanson
Call & Hanson, P.C.
413 G Street
Anchorage, AK 99501

Phone:    258-8864
Fax:      258-8865
E-Mail:   mjh@chklaw.net

Attorneys for
Defendant GEICO Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY L. PETRICK,<br><br>        Plaintiff,<br><br>v.<br><br>GEICO INDEMNITY COMPANY,<br><br>        Defendant. | Case No.: 4:13-cv-00006-RRB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their counsel, and hereby stipulate and agree to dismiss this action, with prejudice, each party to bear its own costs and attorney fees.

                       CALL & HANSON, P.C.
                       Attorneys for Defendant GEICO
                       Indemnity Company

Dated: February 18, 2014    By:   s/Michael J. Hanson

Michael J. Hanson  
413 G Street  
Anchorage, AK 99501  
Phone: (907) 258-8864  
Fax: (907) 258-8865  
E-mail: mjh@chklaw.net  
ABA No.: 8611115

PASKVAN & RINGSTAD  
Attorneys for Plaintiff  
Gary L. Petrick

Dated: February 18, 2014   By:   s/Kenneth P. Ringstad
Kenneth P. Ringstad  
714 4th Avenue, Suite 301  
Fairbanks, AK 99701  
Phone: (907) 452-1205  
Fax: (907) 456-6396  
E-Mail: mailbox@paskvanlaw.com  
ABA No.: 8011109

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of February, 2014, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

Kenneth P. Ringstad, Jr.  
Paskvan & Ringstad  
714 4th Avenue, Suite 301  
Fairbanks, AK 99701

s/Michael J. Hanson

CALL & HANSON, P.C.  
413 G Street  
Anchorage, Alaska 99501-2126  
Phone (907) 258-8864 • Fax (907) 258-8865